IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01388-BNB

JESUS ANDRE LOZANO,

    Plaintiff,

v.

COLORADO TERRITORIAL CORRECTIONAL FACILITY,
JAMES ABBOTT, Warden at C.T.C.F.,
JOHN O'SULLIVAN, Mental Health at C.T.C.F.,
LIEUTENANT TOM BENEZE, Investigator at C.T.C.F., and
THE DEPARTMENT OF CORRECTIONS OF COLORADO,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Jesus Andre Lozano, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado State Penitentiary at Cañon City, Colorado. Mr. Lozano has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. The court must construe the complaint liberally because Mr. Lozano is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Lozano will be ordered to file an amended complaint.

The court has reviewed Mr. Lozano's complaint and finds that it is deficient. First, it is not clear who all of the Defendants in this action are. More specifically, it is not clear who Mr. Lozano intends to sue with respect to the Defendant he identifies as

Colorado Territorial Correctional Facility because the prison itself is not a person subject to suit in this § 1983 action. Mr. Lozano is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Lucero should name as Defendants the persons he believes actually violated his constitutional rights.

In addition, Mr. Lozano fails to allege facts to demonstrate that each named Defendant personally participated in the asserted constitutional violations. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Lozano must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

For these reasons, Mr. Lozano will be directed to file an amended complaint. In order for Mr. Lozano to state a claim for relief, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, — F.3d —, 2007 WL

1895877 at *3 (10th Cir. July 3, 2007). Accordingly, it is

ORDERED that Mr. Lozano file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Lozano, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Lozano fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED August 1, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01388-BNB

Jesus A. Lozano
Doc# 130590
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _8-1-07_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk