IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01388-LTB-BNB

JESUS ANDREW LOZANO,

Plaintiff,

v.

JAMES ABBOTT, Warden at C.T.C.F.,
RANDY FOSHEE, Asso Warden at C.T.C.F.,
GARY MORGAN, Mental Health at C.T.C.f.,
JOHN O'SULLIVAN, Mental Health at C.T.C.F.,
LIEUTENANT TOM BENEZE, Investigator C.T.C.F., and
ALEX WOLD, Chief Investigator, at C.T.C.F.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter is before me on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. §1915. The Court has granted plaintiff(s) leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant(s). If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendant(s). If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant(s) or counsel for the defendant(s) shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of

process on the defendant(s).

Dated August 31, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01388-LTB-BNB

Jesus Andrew Lozano
Prisoner No. 130590
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

James Abbott, Randy Foshee,
Gary Morgan, John O'Sullivan,
Lt. Tom Beneze, and Alex Wold - **WAIVER** *
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on James Abbott, Randy Foshee, Gary Morgan, John O'Sullivan, Lt. Tom Beneze, and Alex Wold; and to John Suthers: AMENDED COMPLAINT FILED 08/13/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/4/07    .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk