IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01388-LTB-BNB

JESUS ANDRE LOZANO,

    Plaintiff,

v.

JAMES ABBOTT, Warden at C.T.C.F.,
RANDY FOSHEE, Asso.Warden at C.T.C.F.,
GARY MORGAN, Mental Health at C.T.C.F.,
JOHN O'SULLIVAN, Mental Health at C.T.C.F.,
LIEUTENANT TOM BENEZE, Investigator at C.T.C.F., and
ALEX WOLD, Chief Investigator at C.T.C.F.,

    Defendants.

___

ORDER
___

This matter is before me on a Motion to Dismiss filed by Plaintiff, Jesus Andre Lozano on December 4, 2007 [**Doc #26**], in which he seeks to have this case dismissed. Defendants have not responded to the motion.

Accordingly, I GRANT Plaintiff's Motion to Dismiss [**Doc #26**], and I DISMISS the case WITH PREJUDICE.

Dated: December __17__, 2007.

                BY THE COURT:

                s/Lewis T. Babcock
                LEWIS T. BABCOCK, JUDGE